### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| GERSENY SELESMA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 2:25-cv-02063-JAR-GEB |
| ) | |
| TRUEACCORD ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT

### TRUEACCORD

COMES NOW Plaintiff, by and through her attorneys, and hereby dismisses, with prejudice, Defendant TrueAccord pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**HALVORSEN KLOTE DAVIS**

By:   /s/ Gregory M. Klote

Gregory M. Klote, #66888
680 Craig Road, Suite 104
St. Louis, MO  63141
P: (314) 451-1314
F: (314) 787-4323
greg@hkdlawstl.com
*Attorneys for Plaintiff*

1